AO 91 (Rev 5/03) Criminal Complaint   Case 7:16-cr-01399   Document 1   Filed in TXSD on 09/09/16   Page 1 of 2

United States District Court
Southern District of Texas
FILED
SEP - 9 2016
David J. Bradley, Clerk

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **CRIMINAL COMPLAINT** |
| Laura Castillo    PRINCIPAL | Case Number: |
| YOB: 1985 | |
| United States Citizen | M-16- 1687 -M |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 8, 2016** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, (Track Statutory Language of Offense)

**knowing or in reckless disregard of the fact Galvin Galindo Garcia-Lopez, a national of Guatemala, and Soleymi Yamileth Salazar-Martinez, a national El Salvador, along with four (4) other undocumented alien, for a total of six (6), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Havana, Texas to the point of arrest near La Joya, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)    FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On September 8, 2016, at approximately 2:30 p.m., Border Patrol Agent Gonzalez responded to assist Officer Arriaga from La Joya Police Department. Upon arrival, Officer Arriaga stated that he had stopped a blue minivan for missing front license plate and unrestrained passengers.

Officer Arriaga continued by stating that when he approached the vehicle, he was able to see several subjects laying down on the floor board trying to conceal themselves. Officer Arriaga detained all subjects and contacted Border Patrol.

Agent Gonzalez made contact with the driver of the blue minivan identified as Laura Castillo a United States citizen. Agent Gonzalez then interviewed all other passengers and determined that they were illegally present in the United States.

Laura Castillo was issued a citation for unrestrained passengers and failure to display front license plate.

All subjects were placed under arrest and transported to the Border Patrol Station.

Continued on the attached sheet and made a part of this complaint:    [X] Yes   [ ] No

Signature of Complainant

**Francisco Armendariz  Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**September 09, 2016**   3:59 pm   at   **McAllen, Texas**
Date                                                                                City and State

**Peter E. Ormsby**, U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN, TEXAS

## ATTACHMENT TO CRIMINAL COMPLAINT:

M-16-*1687*-M

**RE:** **Laura Castillo**

## CONTINUATION:

PRINCIPAL STATEMENT:

Laura Castillo was read her Miranda Rights and was willing to answer questions without an attorney present.

Laura CASTILLO, a United States citizen, stated that she traveled to Havana, Texas to meet with her friend. CASTILLO also stated that when she arrived at the location, her friend was accompanied by six other individuals. She claims that her friend opened the door of the minivan and told the group of people to get in. CASTILLO also claims that when she questioned her friend about the people, he told her to transport the six individuals to the McDonald's located in La Joya, Texas. CASTILLO agreed to transport the six individuals to the McDonald's and subsequently, was stopped by Officer Arriaga.

MATERIAL WITNESS STATEMENT - 1:

Galvin Galindo GARCIA-Lopez was read his Miranda Rights and agreed to provide a statement without an attorney present.

Galvin Galindo GARCIA-Lopez a citizen of Guatemala, stated that he paid an unknown amount of money to be smuggled into the United States. GARCIA also stated that he and six others, crossed the Rio Grande River illegally. Once in the United States, a smuggler guided them to the pickup location. GARICA claims that the smuggler was giving directions to someone over the phone. GARCIA stated that after a long walk, a blue minivan driven by a female showed up and picked them up. GARCIA indicated that the female driver gave them permission to enter the minivan and offered them some water to drink.

Galvin Galindo GARCIA-Lopez positively identified Laura Castillo through a photo lineup as the driver of the blue minivan.

MATERIAL WITNESS STATEMENT - 2:

Soleymi Yamileth SALAZAR-Martinez was read her Miranda Rights and agreed to provide a sworn statement without an attorney present.

Soleymi Yamileth SALAZAR-Martinez a citizen of El Salvador, stated that she paid $3,000 USD to be smuggled into the United States. SALAZAR also stated she crossed the Rio Grande River illegally and walked about two hours until she got picked up by a female driving a blue minivan. SALAZAR indicated that the smuggler was giving directions to someone over the phone and after a short time, the blue minivan showed up. SALAZAR also mentioned that once she got picked up, they were stopped by law enforcement.

Soleymi Yamileth SALAZAR-Martinez identified Laura Castillo through a photo lineup as the driver of the blue minivan.